Karen EICHELBERGER,
Claimant/Respondent,

v.

GATEWAY PREVENTATIVE DENTAL GROUP, LLC,
Employer/Appellant.

No. ED 86796.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 9, 2006.

Norman A. Selner, Clayton, MO, for respondent.

Melissa M. Zensen, Toma Zensen, LLC, St. Louis, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

*ORDER*

PER CURIAM.

Employer appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).